## LEVI LUCAS v. STATE.

No. A-4059.   Opinion Filed Dec. 21, 1922.
(210 Pac. 1040.)

Appeal from County Court, Muskogee County; Enloe v. Vernor, Judge.

Levi Lucas was convicted of the unlawful possession of intoxicating liquor, and sentenced to pay a fine of $50 and to serve 30 days' imprisonment in the county jail, and he appeals. Appeal dismissed.

L. C. McNabb, for plaintiff in error.

George F. Short, Atty. Gen., and N. W. Gore, Asst. Atty. Gen., for the State.

PER CURIAM. This is an attempted appeal from a judgment of conviction against defendant, Levi Lucas, rendered in the county court of Muskogee county on the 2d day of July, 1921, wherein defendant was sentenced to imprison-

ment in the county jail for 30 days and to pay a fine of $50 on a verdict of a jury, finding him guilty of the offense of unlawful possession of intoxicating liquor.

No written notices of appeal were served on the county attorney of Muskogee county or on the court clerk thereof, nor was any summons in error served on the Attorney General, nor a waiver by said officer of the issuance and service of same.

In this case, counsel relied solely upon the giving of oral notice of appeal. This form of notice is insufficient in criminal cases, Burgess v. State, 18 Okla. Cr. 574, 197 Pac. 173.

This court having never acquired jurisdiction of this appeal, the same, for reasons stated, is hereby dismissed.